UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>Jose Luis FELIX-Cosio,<br><br>        Defendant | Magistrate Docket No. '08 MJ 0482<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

FILED
08 FEB 19 PM 1:55
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CF DEPUTY

The undersigned complainant, being duly sworn, states:

On or about **February 18, 2008** within the Southern District of California, defendant, **Jose Luis FELIX-Cosio,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sean Braud
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **19th** DAY OF **FEBRUARY 2008**

_____
William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jose Luis FELIX-Cosio

## PROBABLE CAUSE STATEMENT

On February 18, 2007, Border Patrol Agent M. McCoy was performing linewatch duties approximately one hundred yards north of the international boundary with Mexico and approximately 9 miles east of the port of entry at Tecate, California. At 7:10 A.M. Agent McCoy responded to a sensor alert. Upon arrival to the area, agent McCoy saw foot sign leading north towards some bushes. Agent McCoy followed the sign for approximately 40 yards and encountered the defendant, **Jose Luis FELIX-Cosio,** along with several individuals attempting to conceal themselves in the brush. Agent McCoy approached the group and identified himself as a Border Patrol Agent. Agent McCoy queried the group as their immigration status. All of the individuals, including the defendant, admitted to being citizens of Mexico illegally present in the United States. At 7:30 A.M. Agent McCoy arrested the defendant and the others and transported them to the processing center at Tecate, California.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **April 5, 2003** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

Sean Braud
Senior Patrol Agent

William McCurine Jr.
U.S. Magistrate Judge

2/19/08  1331 hrs
Date/Time