AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

MAR 1 8 2008

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JOSE LUIS FELIX-COSIO | CASE NUMBER: 08CR0781-JM |

    I, JOSE LUIS FELIX-COSIO, the above named defendant, who is accused of committing the following offense:

    Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3-18-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jose Luis Felix Cosio_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER